IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF FLORIDA

| | |
|---|---|
| TIMOTHY BAILEY<br><br>    Plaintiff,<br>v.<br><br>ROBERT WILKIE,<br>SECRETARY<br>DEPARTMENT OF VETERANS<br>AFFAIRS,<br><br>    Defendant. | Civil Action No.   1:21cv01 MW/GRJ<br><br>Jury Trial Demand |

**COMPLAINT FOR DAMAGES,
DECLARATORY AND EQUITABLE RELIEF**

Mr. Timothy Bailey, Plaintiff, by and through undersigned counsel, files this Complaint for Damages and Equitable Relief, and shows the Court as follows:

**I.   Preliminary Statement**

1. This action seeks actual damages, declaratory, injunctive and equitable relief, compensatory damages, costs and another relief deemed appropriate by this Court for the race discrimination, disability discrimination, reprisal and hostile work environment suffered by Plaintiff, Timothy Bailey ("Mr. Bailey") in his treatment by Defendant.

**II.   Jurisdiction**

2. This action is brought for discrimination based on sex (male), age (year of birth 1968), and retaliation (prior EEO activity) under Title VII of the Civil Rights Act


FILED USDC FLND GV
JAN 5 '21 PM 1:15

of 1964, as amended, and the Rehabilitation Act. The jurisdiction of this court is invoked to secure protection and redress deprivation of rights secured by federal law which prohibits discrimination against employees because of their protected class and protected activities.

3. The jurisdiction of this Court is invoked pursuant to its original jurisdiction over cases and controversies arising under federal law, pursuant to 28 U.S.C. § 1331, and all prerequisites to bringing this suit have been met. This suit is properly before the court.

4. Plaintiff made timely informal Equal Employment Opportunity ("EEO") contact regarding counseling the claims at issue in this action on or about December 27, 2019, and Plaintiff subsequently timely filed a formal complaint of discrimination on or about February 19, 2020 and amended on April 1, 2020. A copy of the formal complaint is attached and incorporated as if set forth herein.

5. Plaintiff requested a final agency decision on or around October 9, 2020 and files this Complainat within 90 days of receiving same. This Complaint is timely.

### III. Venue

6. This action properly lies in the United States District Court for the Northern District of Florida, pursuant to 29 U.S.C. § 1391(b), because the claim arose in this judicial district, and pursuant to 42 U.S.C. § 2000e-5(f)(3), because the unlawful employment practice was committed in this judicial district.

## IV. Parties

7. Mr. Bailey was an employee with the Department of Veterans Affairs at all relevant times.

8. Mr. Bailey is a resident of Lakecity, Columbia County, Florida and is a citizen of the United States.

9. The Defendant is a federal government agency and has offices throughout the United States, including in Gainesville, Florida. Defendant is an employer, engages in an industry affecting commerce, and, upon information and belief, employs over 500 regular employees.

## V. Facts

10. At all relevant times, Mr. Bailey, African American, was a Human Resource Assistant, GS-0203-07, HRMS, at the Gainesville VA Medical Center in Gainesville Florida.

11. At times relevant, Plaintiff engaged in protected oppositional activity when he informed Elizabeth Shotwell, HRMS, that he was performing GS-12 duties and requested a Direct Hire to place him in the position, and Ms. Shotwell denied the request even though he was qualified.

12. Plaintiff was a GS-07 performing GS-12 duties, including announcements, sending tentative and firm offer letters, an consultations with the services.

13. Elizabeth Shotwell was Plaintiff's third line supervisor.

14. The Agency subjected Planitff to discrimination based on sex, age, and reprisal when from November 12, 2019, and continuing, it required him to perform duties not at his grade.

15. There was no legitimate, non-discriminatory reasons for the treatment.

16. On November 12, 2019, Plaintiff was denied a direct hire to the position of HR specialist.

17. This was discrimination based on sex, age, and reprisal.

18. There was no legitimate, non-discrimiantory reason for the treatment.

19. On May 22, 2020, Plaintiff's fourth level supervisor issued him a letter of counseling.

20. There was no legitimite, non-discrimiantory reason for this letter of counseling.

21. This was discrimination based on sex, age, and reprisal.

## VI.  Count I: Violation of Title VII – Sex Discrimination

22. Mr. Bailey incorporates by reference paragraphs 1-21 of his complaint as if fully set forth herein.

23. Title VII prohibits discrimination in employment on the basis of sex.

24. The actions of Defendant caused adverse employment actions.

25. The actions were based on Plaintiff's sex.

26. Plaintiff has suffered damages for which the Defendant is liable.

## VII. Count II: Violation of Title VII – Age Discrimination

27. Mr. Bailey incorporates by reference paragraphs 1-21 of his complaint as if fully set forth herein.

28. Title VII prohibits discrimination in employment on the basis of age.

29. The actions of Defendant caused adverse employment actions.

30. The actions were based on Plaintiff's age.

31. Plaintiff has suffered damages for which the Defendant is liable.

## VIII. Count III: Violation of Title VII – Reprisal

32. Mr. Bailey incorporates by reference paragraphs 1-21 of his complaint as if fully set forth herein.

33. Title VII prohibits discrimination in employment on the basis of race.

34. The actions of Defendant caused adverse employment actions.

35. The actions were based on protected activity and/or tainted by protected activity.

36. Plaintiff has suffered damages for which the Defendant is liable.

## IX. Prayer for Relief

Wherefore, Mr. Bailey prays that this Court:

    a. declare the conduct engaged in by the Defendant to be in violation of his rights,

    b. enjoin the Defendant from engaging in such conduct;

    c. award Mr. Bailey actual damages;

        d.        award Mr. Bailey compensatory damages;

        e.        award Mr. Bailey costs and attorney's fees; and

        f.        grant such other relief as it may deem just and proper.

## X. Jury Demand

Mr. Bailey requests a jury trial on all questions of fact raised by this Complaint.

Respectfully submitted today,

*/s/ Timothy Bailey*

Timothy Bailey
P.O. Box 972
Lake City, Florida 32056