**IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF FLORIDA**

TIMOTHY BAILEY

        Plaintiff,

v.

ROBERT WILKIE,
SECRETARY
DEPARTMENT OF VETERANS
AFFAIRS,

        Defendant.

Civil Action No.
1 :21-cv-01-MW-GRJ

Jury Trial
Demand

## MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to the Northern District of Florida Local Rules 11.1, I, Attorney

Georgia A. Lawrence , hereby move this Court for an Order of admission to

practice *pro hac vice* in the above styled cases currently pending,  and in support

thereof state as follows:

1. Movant is a resident of the State of Georgia  and is not a resident of the state

of Florida.

2. Movant is admitted to practice law and is a member in good standing with the

State Bar of Georgia including the Northern District of Georgia. A copy of a

Certificate of Good Standing from the Northern District of Georgia for the Court's

review is attached hereto and made a part hereof.

3. Pursuant to Local Rule 11.1, Movant has reviewed the local rules of this district, successfully completed the online Attorney Admission Tutorial (Confirmation Number: **FLND16383895575307**) and completed the CM/ECF online tutorials.

4. Movant has paid the required $201.00 *pro hac vice* admission fee to the Clerk.

5. Movant has an upgraded PACER "NextGen" account.

6. Wherefore, Georgia A. Lawrence, respectfully requests that the Court enter an Order granting his motion to appear *pro hac vice* on behalf of the above-referenced Plaintiffs.

**SOUTHWORTH, P.C.**

_____
Georgia Lawrence, Esq.
Georgia Bar No. 270123
Southworth P.C.
1100 Peachtree Street NE,
Suite 200
Atlanta, GA 30309
Phone: (404) 585-8095
Fax: (404) 393-4129
georgia@southworthpc.com

**IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA**

TIMOTHY BAILEY

      Plaintiff,

v.

ROBERT WILKIE,
SECRETARY
DEPARTMENT OF VETERANS
AFFAIRS,

      Defendant.

Civil Action No.
1 :21-cv-01-MW-GRJ

Jury Trial
Demand

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that the foregoing Motion for Admission *Pro Hac Vice* was filed electronically with the Clerk of the Court using the CM/ECF system on December 3, 2021  and served electronically on all counsel of record

                                        **SOUTHWORTH, P.C.**

                                        Georgia Lawrence, Esq.
                                        Georgia Bar No. 270123
                                        Southworth P.C.
                                        1100 Peachtree Street NE,
                                        Suite 200
                                        Atlanta, GA 30309

Phone: (404) 585-8095
Fax: (404) 393-4129
[georgia@southworthpc.com](mailto:georgia@southworthpc.com)



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**　　　　　　}
　　　　　　　　　　　　　　　　　　　　} ss.
**NORTHERN DISTRICT OF GEORGIA**　　　}

I, Kevin P. Weimer, Clerk of the United States District Court for the Northern District of Georgia,

**DO HEREBY CERTIFY** that **GEORGIA ALICIA LAWRENCE, State Bar No. 271023,** was duly admitted to practice in said Court on 04/17/2019 and is in good standing as a member of the bar of said Court.

Dated at Atlanta, Georgia, this 2nd day of December, 2021.

KEVIN P. WEIMER
CLERK OF COURT



By: _____

Beverly Creech
Deputy Clerk