IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**TIMOTHY BAILEY,**

   *Plaintiff*,

v.                                          Case No.: 1:21cv1-MW/GRJ

**ROBERT WILKIE, SECRETARY
DEPARTMENT OF VETERANS
AFFAIRS,**

   *Defendant.*

_____/

## ORDER ADMITTING
## GEORGIA A. LAWRENCE *PRO HAC VICE*

This Court has considered, without hearing, the motion to admit Georgia A. Lawrence *pro hac vice*, ECF No. 26. The motion is **GRANTED**. Having fulfilled the requirements of the Local Rules for admission, Georgia A. Lawrence is admitted *pro hac vice* as counsel for Plaintiff.

**SO ORDERED on December 3, 2021.**

                                          s/Mark E. Walker        
                                          **Chief United States District Judge**