IN THE UNITED STATES DISTRICT
COURT FOR THE NORTHERN
DISTRICT OF FLORIDA
GAINSVILLE DIVISION

| | |
|---|---|
| TIMOTHY BAILEY,<br><br>            Plaintiff,<br>v.<br><br>DENIS MCDONOUGH,<br>SECRETARY, DEPARTMENT OF<br>VETERANS AFFAIRS<br><br>            Defendant. | Civil Action No.<br><br>1:21-cv-1-MW-GRJ |

**PLAINTIFF'S INITIAL DISCLOSURES**

(1) State precisely the classification of the cause of action being filed, a brief factual outline of the case including plaintiff's contention as to what defendant did or failed to do, and a succinct statement of the legal issues in the case.

**Response to Disclosure 1:**

As set forth more fully in the Complaint, this is a Title VII action wherein Plaintiff, Human Resource Assistant, GS-0203-07, HRMS, at the Gainesville VA Medical Center in Gainesville Florida, alleges that he was subjected to discrimination based on sex, age, and reprisal when from November 12, 2019, and continuing, it required him to perform duties not at his grade.  Plaintiff seeks to be placed into a

position that he would have been but for the Defendant's alleged discrimination, compensatory damages, equitable relief, declaratory, injunctive relief, and any other remedies available by law. Specifically, the law requires the federal government to make personnel actions, and Plaintiff argues by turn, the workplace, "free from" discrimination, which is failed to do, entitling her to relief.

Legal issues:

(1) Whether Department of Veterans Affairs (VA) through Responsible Management Officials of (VA) violated Title VII.

(2) Whether VA retaliated in violation of 42 U.S.C. § 2000e-3(a).

(3) Whether Plaintiff is entitled to the relief he seeks and/ or any other relief the Court deems appropriate.

**Response to Disclosure 2:**

Title VII of the Civil Rights Act of 1964, as amended.

*Babb v. Wilkie*, 140 S. Ct. 1168, 1171, 206 L. Ed. 2d 432 (2020).

The Plaintiff reserves the right to make use of additional authorities, statutes, case law, and judicial decisions, as this case progresses. The above list is not intended to be exhaustive.

(1) Provide the name and, if known, the address and telephone number of each individual likely to have discoverable information that you may use to support your claims or defense, unless solely for impeachment, identifying the subjects of the information. (Attach witness list to Initial Disclosures as Attachment A.)

**Response to Disclosure 3:**

See Attachment A.

(2) Provide a copy of, or a description by category and location of, all documents, data compilations, and tangible things in your possession, custody or control that you may use to support your claims or defenses unless solely for impeachment, identifying the subjects of the information. (Attach document list and descriptions to Initial Disclosures as Attachment B.)

**Response to Disclosure 4:**

See Attachment B.

(3) In the space provided below, provide a computation of any category of damages claimed by you. In addition, include a copy of, or describe by category and location of, the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on

the nature and extent of injuries suffered, making such documents or evidentiary material available for inspection, and copying as under Fed.R.Civ.P. 34. (Attach any copies and descriptions to Initial Disclosures as Attachment C.)

**Response to Disclosure 5:**

See Attachment C.


(4) Attach for inspection and copying as Fed.R.Civ.P. 34 any insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of a judgment which may be entered in this action or to indemnify or reimburse for payments made to satisfy the judgment. (Attach copy of insurance agreement to Initial Disclosures as Attachment D.)

**Response to Disclosure 6:**

Any such insurance agreements which may exist are in the possession, custody, or control of the Defendants.

## **ATTACHMENT A**

The following individuals should have knowledge of the facts and circumstances surrounding the Plaintiff's allegations in his Complaint and Defendants' Answers and Defenses thereto. The plaintiff reserves the right to supplement this list as discovery is completed.

1. Timothy Bailey (Plaintiff), c/o Plaintiff's Counsel; Georgia Lawrence of Southworth, P.C. 1100 Peachtree Street, NE, Suite 200, Atlanta, GA 30309, 404-585-8095

2. Elizabeth Shotwell, Section Chief Labor/Employee Relations, GS-13, Human Resources Services Management.

3. Sandra Emery, Human Resource Officer, GS-14, North Florida/South Georgia Veteran Healthcare System.

4. Patrick Ward, Assistant Human Resources, Officer, GS-13, North Florida/South Georgia Veteran Healthcare System.

5. Trina Lyons, VISN 8 Chief of Staffing, GS-14, VHA VISN 8 Network Office.

6. Rhonda Kridner, Human Resource Specialist, GS-12, VISN 6 Strategic Business Unit.

7. Linda Brown, Supervisory Human Resource Specialist, GS-13, Human Resources Management Services.

8. Ursula Barlow, Human Resource Specialist, GS-12, Human Resources Management Services.

## **ATTACHMENT B**

1. Plaintiff's EEOC Formal Complaint;

2. Documents in the Administrative Record in this Case;

3. Documents concerning damages;

4. Defendant's correspondence to Plaintiff, and vice versa.

Plaintiff notes that many other documents are relevant to and/or discoverable in this case. Plaintiff expects these to come to light during the discovery period of this case. Plaintiff reserves the right to alter, add to, or amend this list of documents as discovery in this matter progresses, either by amendment to these Initial Disclosures or through the identification of the documents in depositions or responses to written discovery requests.

## **ATTACHMENT C**

Plaintiff has not yet determined the amount of his damages, but makes claims for the following categories of damages for which an amount may be calculated:

*Lost earning and benefits:* Plaintiff seeks back pay and lost benefits in an amount equal to what he would have received but for Defendant's unlawful actions, less any interim earnings and benefits. Exact compilation of this amount is subject to review of documentary evidence in Defendant's possession and control.

*Compensatory damages:* Plaintiff seeks compensation for non-monetary losses, including emotional distress. Plaintiff will ask the jury to award an amount of money for emotional pain and suffering that will fairly compensate him for the mental pain and suffering endured as a result of the unlawful acts of the Defendant. Plaintiff is seeking the maximum amount of compensatory damages permitted under the law.

*Attorneys' fees and costs:* Should Plaintiff prevail on his claims against the Defendant, he seeks to recover reasonable attorneys' fees and reasonable expert witness fees together with any and all other costs associated with this action as provided by law.

At a mutually convenient time and place, Plaintiff will produce for inspection all non-privileged documents in his possession, custody, and control that he contends may support his claims for damages. Plaintiff also seeks additional relief as requested

in his Complaint.

Respectfully submitted today,

                              **SOUTHWORTH, P.C.**

                              _____
                              Georgia Lawrence, Esq.
                              Georgia Bar No. 270123
                              Southworth P.C.
                              1100 Peachtree Street NE, Suite 200
                              Atlanta, GA 30309
                              Phone: (404) 585-8095
                              Fax: (404) 393-4129
                              georgia@southworthpc.com

# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

| | |
|---|---|
| TIMOTHY BAILEY,<br><br>      Plaintiff,<br>v.<br><br>DENIS MCDONOUGH, SECRETARY, DEPARTMENT OF VETERANS AFFAIRS<br><br>      Defendant. | Civil Action No.<br><br>1:21-cv-1-MW-GRJ |

## CERTIFICATE OF SERVICE

I certify that on December 22, 2021, I electronically filed Plaintiff's Initial Disclosures with the Clerk of Court using the CM/ECF system, which will send notification of the filing to the following counsel of record:

JASON COODY
ACTING UNITED STATES ATTORNEY
*/s/ Herbert S. Lindsey*
HERBERT S. LINDSEY
Assistant United States Attorney
Texas Bar No. 00784476
111 North Adams Street
Tallahassee, FL 32301
Tel. 850-942-8430

Fax. 850-942-8466
herbert.lindsey@usdoj.gov

Respectfully submitted today,

**SOUTHWORTH, P.C.**

_____
Georgia Lawrence, Esq.
Georgia Bar No. 270123
Southworth P.C.
1100 Peachtree Street NE, Suite 200
Atlanta, GA 30309
Phone: (404) 585-8095
Fax: (404) 393-4129
georgia@southworthpc.com